1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CELERINO CARRASCO, | |
| Plaintiff, | CASE NO.   C06-5084RJB |
| v. | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| CORRECTIONAL SERVICE CORP, *et al.*, | |
| Defendant. | |

Plaintiff's application to proceed *in forma pauperis* (Doc. 22)is **GRANTED**.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

The clerk is directed to issue summonses, after submitted by plaintiff, to enable plaintiff to properly serve copies of the complaint on each of the named defendants.  Plaintiff, who is no longer incarcerated or in custody, shall note that it is his responsibility to properly serve copies of the complaint along with appropriate summons as required by Rule 4 of the Federal Rules of Civil Procedure.

DATED this 19th day of July, 2006.

*/s/    J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

ORDER
Page - 1