UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CELERINO CARRASCO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES GOVERNMENT, DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Case No.  C06-5084RJB<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint and causes of action are DISMISSED for lack of prosecution;

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.

/s/ Robert J. Bryan
Robert J. Bryan
United States District Judge

ORDER
Page - 1