# United States District Court
WESTERN DISTRICT OF WASHINGTON

CELERINO CARRASCO

   v.

CORRECTIONAL SERVICE CORP., et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C06-5084RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    The Report and Recommendation of the magistrate judge, Dkt #37, is ADOPTED.  This case is DISMISSED.  The clerk is directed to file any documents received from plaintiff after judgment is entered, but the court will not consider them. The clerk is further directed to file in this case the document captioned "Supersiding Objections and Appeal Against Order Dismissed,"  which has been filed as Dkt #20 in Case No. C06-5104, and "Supersiding Objections of Appeal and Against Order of Dismissal," which has been filed as Dkt #21 in Case No. C06-5104RJB, and to process these documents as a Notice of Appeal in ths case (C06-5084RJB).

   March 13, 2007

 BRUCE RIFKIN
Clerk

/s/  Dara  L.  Kaleel
By Dara L. Kaleel, Deputy Clerk